UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ABARAHAM SIRLEAF,<br><br>                Petitioner,<br><br>    vs.<br><br>MAJOR SMITH, Facilities Director,<br>Clinton County Detention Center, *et al.*,<br><br>                Respondents. | No. 9:07-cv-01124-JKS<br><br>ORDER DISMISSING PETITION |

      Petitioner, Abraham Sirleaf, appearing *pro se*, while a prisoner held by the Bureau of Immigration and Custom Enforcement in the Clinton County Detention Center, a state facility, petitioned for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The response filed at Docket No. 9 indicates that Sirleaf has been released from custody, and the petition is now moot. Mail sent to Sirleaf at the Clinton County Detention Center address has been returned as undeliverable.  Docket No. 11.  Accordingly, it appearing that the matter is now moot,

      **IT IS THEREFORE ORDERED THAT** the Petition Under 28 U.S.C. § 2241 for Writ of Habeas Corpus is **DISMISSED**, without prejudice.

      This order constitutes the final judgment of the Court under Rule 58, Federal Rules of Civil Procedure.

      Dated: July 15, 2008.

                                                                    s/ James K. Singleton, Jr.
                                                                     JAMES K. SINGLETON, JR.
                                                                    United States District Judge